JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| Robin L. Hoffman,<br><br>                              Plaintiff,<br><br>          v.<br><br>Federal National Mortgage<br>Association et al.,<br><br>                              Defendants. | EDCV 15-2127-VAP (DTBx)<br><br>**ORDER REMANDING CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO** |

On February 17, 2016, the Court ordered Plaintiff Robin L. Hoffman ("Plaintiff") to show cause regarding this Court's subject matter jurisdiction over her claims. (Order (Doc. 17).) On February 25, 2016, Plaintiff filed her Notice to Show Cause, in response to the Court's Order. (Doc. 18.) Plaintiff concedes Defendants Ocwen Servicing, LLC, and Offices of Les Zieve ("Defendants") are California citizens. (Id. ¶ 7.) Further, she only asserts state law claims against Defendants. (See First Amended Complaint ("FAC").)[1] Having found this Court lacks subject matter jurisdiction over Plaintiff's claims, the Court REMANDS this case back to the Superior Court of California, County of San Bernardino.

**IT IS SO ORDERED.**

Dated:    2/29/16

Virginia A. Phillips
United States District Judge

---

[1] Plaintiff lodged the FAC with the Court on January 25, 2016. It has not yet been entered on the Court's docket.

United States District Court
Central District of California

1